IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY WASHINGTON VALIN,

        Plaintiff,

    v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

3:12-cv-02008-JE

ORDER

Gregory Washington Valin
9333 N. Lombard St #14
Portland, OR 97203

    Pro Se Plaintiff

Courtney M. Garcia
SOCIAL SECURITY ADMINISTRATION
Office of the General Counsel
701 Fifth Avenue, Ste 2900
M/S 221A
Seattle, WA 98104

Adrian L. Brown
U.S. ATTORNEY'S OFFICE, DISTRICT OF OREGON
1000 S.W. Third Ave., Suite 600

1 - ORDER

Portland, OR 97204

    Attorneys for Defendant

HERNANDEZ, District Judge:

    Magistrate Judge John Jelderks issued a Findings and Recommendation (dkt. #16) on October 30, 2013, recommending that Defendant's motion to dismiss (dkt. #14) be granted and this action be dismissed.

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Jelderk's Findings and Recommendation (dkt. #16). Defendant's motion to dismiss (dkt. #14) is GRANTED.

    IT IS SO ORDERED.

    DATED this 6 day of Dec., 2013.

    MARCO A. HERNANDEZ
    United States District Judge

2 - ORDER